Taking. SARAH PERCY and EMILIE MAILLOT, Owners of Parcel 1, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

ROSE L. MARVIN, Respondent, v. KLIN Co., INC., and Others, Defendants, and LOUIS FRIEDMAN and MITCHEL G. ITTELSON, Appellants.— Motion to resettle order granted, and order resettled so as to provide, as an additional condition to the granting of a stay, that the $25,000 undertaking required in the other action between the same parties be given and filed; otherwise, motion denied. Present — Kapper, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

HARRY G. PIERPOINT, Respondent, v. HENRY W. FARNUM and Others, Trading and Doing Business under the Firm Name and Style of FARNUM, WINTER & Co., Appellants.— Motion for reargument granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ. On reargument the decision of this court handed down on December 31, 1931 [234 App. Div. 205], is hereby amended to read as follows: Judgment unanimously affirmed, with costs. (*Pierpoint* v. *Hoyt*, 260 N. Y. 26.) Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

LENA POLLAK, as Administratrix, etc., of JOSEPH POLLAK, Deceased, Appellant, v. YOUNG WORKINGMEN'S SICK AND BENEVOLENT SOCIETY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

SYDNEY ROSENTHAL, Appellant, v. ALFRED J. KENNEDY, Public Administrator, as Administrator, etc., of TIMOTHY MURPHY, Deceased, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WALTER I. RUSSELL, Respondent, v. SOCIETE ANONYME DES ESTABLISSEMENTS AEROXON, a Corporation, Appellant, and FREDERICK KAISER, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

WESTERN ENVELOPE CORPORATION, Appellant, v. AMERICAN RECORD CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ. The decision of this court handed down on July 13, 1932 [*ante*, p. 747], is hereby amended by striking therefrom the statement that the trial court had no power to dismiss the complaint on the merits, and by inserting in place thereof the statement that under the circumstances of the case this court is of opinion that the trial court should not have dismissed the complaint on the merits. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Carswell, J., dissents on authority of *Cabang* v. *United States Shipping Board Merchant Fleet Corporation* (227 App. Div. 751).

ETHEL B. WILLIAMSON and RICHARD B. HART, Appellants, v. HENRY ALLAIRE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

J. MAYNARD WILLIAMSON, Appellant, v. HENRY ALLAIRE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the